**Dismissed and Opinion Filed September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00498-CV

### SHARON GAST, Appellant
### V.
### CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, CAPITOL TITLE OF TEXAS, LLC, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02870-2014**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated June 15, 2015, we informed appellant that the Collin County Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide, within ten days, verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation we may dismiss the appeal without further notice.

On July 31, 2015, this Court ordered the Collin County Clerk to file the clerk's record within thirty days of the date the order. We again informed appellant that if we received

notification that she has not paid for or made arrangements to pay for the clerk's record, we will dismiss this appeal without further notice. *See* TEX. R. APP. P. 37.3(b). On August 31, 2015, the Collin County Clerk notified this Court, that the clerk's record had not been forwarded because payment had not been received. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

150498F.P05

/Carolyn Wright/_____
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHARON GAST, Appellant

No. 05-15-00498-CV       V.

CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, CAPITOL TITLE OF TEXAS, LLC, Appellees

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-02870-2014.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, CAPITOL TITLE OF TEXAS, LLC recover their costs of this appeal from appellant SHARON GAST.

Judgment entered September 10, 2015.

–3–